No. 1389, October Term, 1946. LUSTIG v. UNITED STATES. The petition received from petitioner on July 5, 1947, as supplemented by his petition received January 28, 1948, is treated as a petition for rehearing and rehearing is granted. The order entered June 16, 1947, 331 U. S. 853, denying certiorari is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit is granted. *Louis Halle* for petitioner.

No. 337, Misc. CANTRELL v. MISSOURI. Application of petitioner for leave to withdraw the petition for writ of certiorari to the Supreme Court of Missouri granted.

No. 196, Misc. DICKEY v. UNITED STATES. Motion for leave to file petition for writ of certiorari denied. Petitioner *pro se.* *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for the United States.